# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:06cv149

| | |
|---|---|
| WARNER BROS. RECORDS INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) ) ORDER |
| MISTY N. ARNOLD, | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER** is before the court on the court's own motion for status. On December 18, 2006, plaintiffs filed a certificate of service indicating service of defendant on December 2, 2006, making defendant's Answer due to be filed not later than December 22, 2006. More than a month has now passed since such deadline passed and there is no provision in the Federal or Local rules which allows for extension of such deadline without court approval. Fed.R.Civ.P. 6(b). At this point, plaintiff must take affirmative action in seeking default or joining with defendant to reopen and enlarge the time to Answer by showing excusable neglect.

## ORDER

**IT IS, THEREFORE, ORDERED** that the plaintiff file with the court a status report or seek affirmative relief not later than January 31, 2007.

Signed: January 25, 2007

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge